UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION

IN RE:

CHRISTOPHER ALBERT BLAKE LEWIS                    CASE NO: 18-61584
KRISTEN DAWN LEWIS

DEBTOR(S)                                         CHAPTER 13

ORDER TO MODIFY

The above-styled cause having come before the court pursuant to notice on the Motion to Modify Confirmed Plan filed by the Debtor, and the Court having reviewed the record, and being otherwise sufficiently advised:

IT IS HEREBY ORDERED AS FOLLOWS:

1. The Debtor is hereby granted leave to file a modified bankruptcy plan to include the total amount of delinquent mortgage payments, fees and expenses in the amount of $2,111.14 per the Agreed Order (Doc 38) dated May 20, 2019.

2. The total amount of pre-petition arrearages and post-petition arrearages, fees and expenses shall be $6,594.45.

3. The Debtors' bankruptcy plan shall increase to $345.15 per month for the remainder of the bankruptcy plan.

4. The Debtors are deemed up to date on their mortgage payment through June 1, 2019 per the Agreed Order

5. The modified plan dated May 22, 2019 (Doc 42) shall be filed and deemed confirmed.

COPIES TO:

Hon. Beverly Burden

Hon. James P. Bowling

Kirkland, Cain & Horn, PLLC
Attn:  Zachary A. Horn
305 Ann Street, Suite 300
PO Box 1100
Frankfort, KY 40602

And all creditors of interest

Pursuant to Local Rule 9022-1(c), **James P. Bowling,** shall cause a copy of this order to be served on each of the parties designated to receive this order pursuant to Local Rule 9022-1(a)  and shall file with the court a certificate of service of the order upon such parties within 10 days  hereof.

_____

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



**Signed By:**
*Gregory R. Schaaf*
**Bankruptcy Judge**
**Dated: Monday, June 17, 2019**
(grs)