Local Form 4001-3-2

**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
LONDON    DIVISION**

IN RE

   CHRISTOPHER ALBERT BLAKE LEWIS
   KRISTEN DAWN LEWIS                                CASE NO.  18-61584

DEBTOR(S)

**ORDER APPROVING ADDITIONAL DEBT**

The Debtor(s) having filed a Motion to Incur Additional Debt For Purchase of Vehicle, and the Court being sufficiently advised, it is ORDERED:

1. The Motion to Incur Additional Debt is APPROVED.

2. Such additional debt shall not be affected by any chapter 13 discharge entered in this case.

3. The chapter 13 trustee shall not be responsible for administering this additional debt.

_____
**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



**Signed By:**
*Gregory R. Schaaf*
**Bankruptcy Judge
Dated: Tuesday, October 20, 2020**
(grs)