UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION

IN RE:

CHRISTOPHER ALBERT BLAKE LEWIS                    CASE NO: 18-61584
KRISTEN DAWN LEWIS

DEBTOR(S)                                         CHAPTER 13

## ORDER TO MODIFY

The above-styled cause having come before the court pursuant to notice on the Motion to Modify Confirmed Plan filed by the Debtor, and the Court having reviewed the record, and being otherwise sufficiently advised:

IT IS HEREBY ORDERED AS FOLLOWS:

1. The Debtor's 2002 Chevrolet Avalanche (VIN 3GNEK13T62G167545) is hereby surrendered to Creditor, One Main Financial.

2. The Debtor's bankruptcy plan payment shall decrease to $285.15 for the remainder of the bankruptcy plan.

3. Creditor, One Main Financial shall have sixty (60) days from the date of this signed order to procure the vehicle and title said vehicle in its name.

4. The Debtor(s) will fully cooperate with Creditor to procure the vehicle.

5. If Creditor fails to procure the vehicle and title said vehicle in its name within the timeframe above, then said Creditor(s) shall immediately remove the lien from the vehicle.

6. Upon failure of the Creditor to do such, Debtors may take this order to the County Clerk's office to have the lien removed.

COPIES TO:

Hon. Beverly Burden

Hon. James P. Bowling

And all creditors

Pursuant to Local Rule 9022-1(c), **James P. Bowling,** shall cause a copy of this order to be served on each of the parties designated to receive this order pursuant to Local Rule 9022-1(a) and shall file with the court a certificate of service of the order upon such parties within 10 days hereof.

___

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



**Signed By:**
*Gregory R. Schaaf*
**Bankruptcy Judge**
Dated: Friday, October 23, 2020
(grs)